# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0022
_____

STEVEN HARRIMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

April 6, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Steven Harriman, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.